IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELTA AIRLINES, INC., | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 1:09-CV-2267-CC |
| MESA AIR GROUP, INC. and FREEDOM AIRLINES, INC., | : |
| Defendants. | : |

**ORDER**

This matter is presently before the Court on Defendants' Motion to Transfer Venue to the United States Bankruptcy Court for the Southern District of New York [Doc. No. 24]. In response to the motion, Plaintiff has indicated its consent to the transfer. The motion to transfer is therefore **GRANTED** as unopposed. The Clerk of Court is **INSTRUCTED** to transfer this matter to the United States District Court for the Southern District of New York. The Court anticipates that the matter will be assigned to the United States Bankruptcy Court for the Southern District of New York, so that it can be established as an adversary proceeding inside of the Chapter 11 proceedings styled In re Mesa Air Group, Inc., Case No. 10-10018. This Court may not, however, transfer this action directly to the Bankruptcy Court.

SO ORDERED this 22nd day of February, 2010.

s/ CLARENCE COOPER

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE